AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Robert Sieurin,
        Plaintiff

V.

Globalware Solutions, Inc.
        Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**04-10637 MLW**

TO: (Name and address of Defendant)

Globalware Solutions, Inc.
c/o C T Corporation Systems
101 Federal Street
Boston, MA 02110

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Paul J. Murphy, Esquire, Menard, Murphy & Walsh, LLP, 60 State Street, 34th
Boston, MA 02109

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                                   4-1-04

CLERK                                                                DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE **APR 0 5 2004** |
| NAME OF SERVER *(PRINT)* Ronald M. DiGiorgio | TITLE ***MASSACHUSETTS CONSTABLE*** |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: _101 Federal St. Boston, MA 02110_
Globalware Solutions Inc. C/o resident Agent C.T. Corporation

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _Yvette Concepcion_

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 25.00 | 20.00 | 45.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on **APR 0 5 2004**
Date

Signature of Server

*Constable*
*Ronald M. DiGiorgio & Assoc.*
*11 Morrett Road*
Address of Server
*Burlington MA 01803*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.