UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT SIEURIN,

        Plaintiff,

v.

GLOBALWARE SOLUTIONS, INC.,

        Defendant.

Civil Action No. 04-10637MLW

## NOTICE OF APPEARANCE

Please enter our appearance as attorneys for Defendant Globalware Solutions, Inc. in the above-captioned action.

        GLOBALWARE SOLUTIONS, INC.

        By their attorneys,

        _____
        Mark H. Burak (BBO #558805)
        Sandra E. Kahn (BBO # 564510)
        MORSE, BARNES-BROWN &
        PENDLETON, P.C.
        Reservoir Place
        1601 Trapelo Road
        Waltham, MA 02451
        (781) 622-5930
        (781) 622-5933 (facsimile)

Dated: April 20, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon Paul J. Murphy, Esq., attorney for Plaintiff, Robert Sieurin, by first class mail on April 20, 2004.

_____
Mark H. Burak

# MORSE,
# BARNES-BROWN &
# PENDLETON, P.C.

*The Business Law Firm on Route 128*

Reservoir Place • 1601 Trapelo Road • Waltham, MA 02451 • (781) 622-5930 • Fax (781) 622-5933 • email: mbbp@mbbp.com

Writer's email:
mrl@mbbp.com

April 20, 2004

BY OVERNIGHT MAIL

United States District Court for the
District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

    Re:    Robert Sieurin v. Globalware Solutions, Inc.
            Civil Action No. 04-10637MLW

Dear Sir or Madam:

Enclosed for filing please find a Notice of Appearance in the above-referenced matter.

Thank you for your attention to this matter.

                                    Very truly yours,

                                      Meghan R. LaRock
                                      Paralegal

Enclosure

cc:    Paul J. Murphy, Esq.