UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

ROBERT SIEURIN,

        Plaintiff,

v.

GLOBALWARE SOLUTIONS, INC.,

        Defendant.

---

Civil Action No.  04-10637MLW

## ASSENTED-TO MOTION TO EXTEND TIME TO ANSWER

Defendant Globalware Solutions, Inc. ("Defendant") hereby moves for a one-week extension of time in which to answer the Complaint.  As grounds therefore, Defendant states as follows:

1.      The contact person from Globalware who is needed to prepare the Answer is traveling at this time, and therefore additional time is necessary so that he may participate in preparing the Answer;

2.      Plaintiff assents to this Motion; and

3.      Neither party will be prejudiced by this short extension of time.

Wherefore, Defendant respectfully requests that the time to answer the Complaint be extended by one week, resulting in a new deadline of May 3, 2004.

GLOBALWARE SOLUTIONS, INC.

By their attorneys,

Mark H. Burak (BBO #558805)
Sandra E. Kahn (BBO # 564510)
MORSE, BARNES-BROWN &
PENDLETON, P.C.
Reservoir Place
1601 Trapelo Road
Waltham, MA 02451
(781) 622-5930
(781) 622-5933 (facsimile)

Dated:  April 21, 2004

## L.R. 7.1(A)(2) CERTIFICATE

Counsel for Defendant certifies that he has conferred in good faith with counsel for the Plaintiff and that they have attempted to resolve or narrow the issues.

Mark H. Burak

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon Paul J. Murphy, Esq., attorney for Plaintiff, Robert Sieurin, by first class mail on April 21, 2004.

Mark H. Burak

# MORSE,
# BARNES-BROWN &
# PENDLETON, P.C.

*The Business Law Firm on Route 128*

Reservoir Place • 1601 Trapelo Road • Waltham, MA 02451 • (781) 622-5930 • Fax (781) 622-5933 • email: mbbp@mbbp.com

Writer's email:
mrl@mbbp.com

April 21, 2004

BY OVERNIGHT MAIL

United States District Court for the
District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

      Re:    Robert Sieurin v. Globalware Solutions, Inc.
             Civil Action No. 04-10637MLW

Dear Sir or Madam:

Enclosed for filing please find an Assented-To Motion to Extend Time to Answer.

Thank you for your attention to this matter.

                           Very truly yours,

                           Meghan R. LaRock
                           Paralegal

Enclosure

cc:    Paul J. Murphy, Esq.