```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS


ROBERT SIEURIN,                      )
     Plaintiff(s),                   )
                                     )
      v                              )    C.A. No. 04-10637-MLW
                                     )
GLOBALWARE SOLUTIONS, INC.,          )
     Defendant(s),                   )
```

MEMORANDUM AND ORDER

WOLF, D.J.                                              June 16, 2004

    This action is one of about 225 civil cases assigned to me. I am also responsible for about 40 criminal cases, involving more than 50 defendants, many of whom have been incarcerated pending trial. Accordingly, I am interested in making arrangements for the fair and efficient progress and resolution of some of my civil cases.

    Upon review of my civil docket, I believe that the above captioned case, and the administration of justice would benefit from being reassigned for all purposes to Magistrate Judge Collings, pursuant to 28 U.S.C. § 636(c)(1) and (3). If such reassignment occurs, Magistrate Judge Collings will decide all pretrial issues, schedule a firm trial date, conduct any trial that is necessary, with or without a jury, and any appeal would