UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



ROBERT SIEURIN,

    Plaintiff,

v.

GLOBALWARE SOLUTIONS, INC.,

    Defendant.

Civil Action No. 04-10637-MLW

## NOTICE OF APPEARANCE

Please enter the appearance of Scott J. Connolly, Esq. as attorney for Defendant GlobalWare Solutions, Inc. in the above-captioned matter.

Respectfully submitted,

_____
Scott J. Connolly, BBO # 651067
MORSE, BARNES-BROWN &
PENDLETON, P.C.
Reservoir Place
1601 Trapelo Road
Waltham, MA 02451
(781) 622-5930
(781) 622-5933 (facsimile)

Dated: June 24, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by first class mail on June 24, 2004.

_____
Scott J. Connolly