UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT SIEURIN,

   Plaintiff,

v.                                                          Civil Action No. 04-10637MLW

GLOBALWARE SOLUTIONS, INC.,

   Defendant.

### DEFENDANT'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), Defendant GlobalWare Solutions, Inc. and its counsel affirm that they have conferred:

   (a)   with a view to establishing a budget for future costs of conducting the full course—and various alternative courses—of litigation; and

   (b)   to consider the resolution of the litigation through the use of alternative dispute resolution programs.

Respectfully submitted,

GLOBALWARE SOLUTIONS, INC.

By: _____
Gary Lortie
Chief Financial Officer
GlobalWare Solutions, Inc.
200 Ward Hill
Haverhill, MA 01835

_____
Mark H. Burak (BBO # 558805)
Scott J. Connolly (BBO # 651007)
MORSE, BARNES-BROWN &
PENDLETON, P.C.
Reservoir Place
1601 Trapelo Road
Waltham, MA 02451
(781) 622-5930

Attorneys for Defendant

Dated: July 23, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon Paul J. Murphy, Esq., attorney for Plaintiff, Robert Sieurin, by first class mail on July 26, 2004.

_____
Mark H. Burak