UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBERT SIEURIN,<br>          Plaintiff,<br><br>v.<br><br>GLOBALWARE SOLUTIONS, INC.,<br>          Defendant. | CIVIL ACTION<br>NO. 04-10637-RBC |

## JOINT STATEMENT PURSUANT TO LR D. MASS. 16.1(D)

Pursuant to LR D. Mass. 16.1(D) and the Court's July 14, 2004 Notice of Scheduling Conference, plaintiff Robert Sieurin ("Sieurin") and defendant Globalware Solutions, Inc. ("Globalware"), hereby submit this joint statement.

### I.   COMPLIANCE WITH OBLIGATION TO CONFER

Pursuant to LR D. Mass. 16.1(B), on June 25 and July 20, 2004, Victoria C. Cohen, counsel for Sieurin, and Scott J. Connolly, counsel for Globalware, conferred for the purpose of:

1. Preparing an agenda of matters to be discussed at the August 3, 2004 Scheduling Conference;

2. Preparing a proposed pretrial schedule for the case that includes a plan for discovery; and

3. Considering whether they will consent to trial by magistrate judge.

As a result of those conferences, Sieurin and Globalware submit the following joint statement.

II. **PROPOSED AGENDA OF MATTERS TO BE DISCUSSED AT SCHEDULING CONFERENCE**

Sieurin and Globalware jointly suggest that at the Scheduling Conference the Court and the parties discuss:

1. The parties' proposed discovery plan;

2. The parties' proposed schedule for the filing of motions in the case, and

3. The issue of settlement.

III. **DISCOVERY PLAN**

The parties shall submit initial automatic disclosures in compliance with obligations under Fed. R. Civ. P. 26(a)(1) and LR, D. Mass. 26.2(A) within 14 days of the scheduling conference.

The parties propose the following schedule for discovery:

1. Initial document requests and interrogatories to be exchanged by September 3, 2004;

2. Depositions to be scheduled beginning November 15, 2004;

3. Expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2), if any, to be made by December 1, 2004, and disclosures of any rebuttal experts to be made by January 3, 2005; and

4. Discovery to be completed by February 3, 2005.

IV. **PHASED DISCOVERY**

The parties do not believe that phased discovery is desirable or necessary.

V. **PROPOSED SCHEDULE FOR FILING MOTIONS**

The parties suggest that dispositive motions, including those under Fed. R. Civ. P. 56, be filed no later than March 3, 2005, with opposition deadlines and oral argument set by the Court thereafter.

2

VI. **CERTIFICATIONS SIGNED BY COUNSEL, THE PARTIES AND AN AUTHORIZED REPRESENTATIVE OF GLOBALWARE**

The parties have complied with their obligations pursuant to LR D. Mass. 16.1(D)(3)(a) and (b). Certifications signed by counsel for both parties, Robert Sieurin and by an authorized representative of defendant Globalware Solutions, Inc. will be filed separately.

| Plaintiff, | Defendant, |
|---|---|
| ROBERT SIEURIN,<br>By his attorney, | GLOBALWARE SOLUTIONS, INC.,<br>By its attorneys, |
| /s/ Victoria Cohen<br>Paul J. Murphy, BBO #363490<br>Victoria C. Cohen, BBO #643686<br>Menard, Murphy & Walsh LLP<br>60 State Street - 34th Floor<br>Boston, Massachusetts 02109<br>(617) 832-2500 | /s/ Scott Connolly /vcc<br>Mark H. Burak, BBO #558805<br>Scott J. Connolly, BBO #651007<br>Morse, Barnes-Brown & Pendleton, P.C.<br>Reservoir Place<br>1601 Trapelo Road, Suite 205<br>Waltham, MA 02451<br>(781) 622-5930 |

Dated: July 23, 2004

G:\S\SIEURIN\Pleadings\R16 Joint Statement.doc