UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBERT SIEURIN,<br>        Plaintiff,<br><br>v.<br><br>GLOBALWARE SOLUTIONS, INC.,<br>        Defendant. | CIVIL ACTION<br>NO. 04-10637-RBC |

## NOTICE OF APPEARANCE

Please enter the appearance of Victoria C. Cohen as counsel for the plaintiff, Robert Sieurin, in the above-captioned action.

Respectfully submitted,

ROBERT SIEURIN,
By his attorney,

_____
Victoria C. Cohen, BBO #643686
Menard, Murphy & Walsh LLP
60 State Street - 34th Floor
Boston, Massachusetts 02109
(617) 832-2500

Dated: July 23, 2004

## CERTIFICATE OF SERVICE

I, Victoria C. Cohen, hereby certify that on this 23 day of July 2004, I caused a true copy of the above **NOTICE OF APPEARANCE** to be served by first-class mail, postage prepaid, to counsel for the defendant, Scott J. Connolly, Morse, Barnes-Brown & Pendleton, P.C., Reservoir Place, 1601 Trapelo Road, Suite 205, Waltham, MA 02451.

_____
Victoria C. Cohen

G:\S\SIEURIN\Pleadings\Appearance (VCC).doc