UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT SIEURIN,<br>          Plaintiff,<br><br>v.<br><br>GLOBALWARE SOLUTIONS, INC.,<br>          Defendant. | CIVIL ACTION<br>NO. 04-10637-RBC |

## CERTIFICATION

I, Victoria C. Cohen, attorney for plaintiff Robert Sieurin, hereby certify that I have conferred with Mr. Sieurin in this matter:

    a.    with a view to establishing a budget for the costs of conducting the full-course -- and various alternative courses -- of the litigation; and

    b.    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR D. Mass. 16.4.

Signed under the penalties of perjury this 23 day of July, 2004.

                                                      _____
                                                      Victoria C. Cohen

G:\S\SIEURIN\Pleadings\R 16 Certification (Cohen).doc