UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT SIEURIN,
        Plaintiff,

v.

GLOBALWARE SOLUTIONS, INC.,
        Defendant.

CIVIL ACTION
NO. 04-10637-RBC

## **CERTIFICATION**

I, Robert Sieurin, plaintiff in the above-captioned action, hereby certify that I have conferred with my attorney, Victoria C. Cohen, in this matter:

    a.    with a view to establishing a budget for the costs of conducting the full-course -- and various alternative courses -- of the litigation; and

    b.    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR D. Mass. 16.4.

Signed under the penalties of perjury this __ day of July, 2004.

_____
Robert Sieurin

G:\S\SIEURIN\Pleadings\R16 Certification (Sieurin).doc