# United States District Court
# District of Massachusetts

ROBERT SIEURN,
    Plaintiff,

v.                              CIVIL ACTION NO. 04-10637-RBC

GLOBALWARE SOLUTIONS, INC.,
    Defendant.

## SCHEDULING ORDER - RULE 16(b), FED. R. CIV. P.

COLLINGS, U.S.M.J.

The Court enters the within Scheduling Order pursuant to Rule 16(b), Fed. R. Civ. P.

(1)    Automatic disclosures must be COMPLETED *on or before the close of business on Tuesday, August 17, 2004.*

(2)    Initial set(s) of interrogatories and requests for production of documents must be served *on or before the close of business on Friday, September 3, 2004;* responses, answers and/or objections shall be served *within*

*the time provided by the Federal Rules.*

(3)   All other discovery shall be filed and/or served *on or before the close of business on Monday, December 20, 2004* and *COMPLETED on or before the close of business on Tuesday, February 3, 2005.*

(4)   Counsel shall report for a further conference on *Tuesday, December 14, 2004 at 11:00 A.M.* at Courtroom #14 (5th floor), John Joseph Moakley United States Courthouse, Boston, Massachusetts. At said conference, the Court shall hear counsel as to (a) the status of discovery and (b) whether the case should be referred for mediation, (c) and any dispositive motions which are contemplated.

/s/ *Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

August 3, 2004.