MORSE,
BARNES-BROWN &
PENDLETON, P.C.

*The Business Law Firm on Route 128*
Reservoir Place • 1601 Trapelo Road • Waltham, MA 02451 • (781) 622-5930 • Fax (781) 622-5933 • email: mbbp@mbbp.com

Writer's email:
sjc@mbbp.com

September 1, 2004

Ms. Gina Affsa, Courtroom Clerk for
   U.S.M.J. Robert B. Collings
United States District Court for the
District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

   Re:   *Robert Sieurin v. GlobalWare Solutions, Inc.*
         United States District Court, Civil Action No. 04-10637-RBC

Dear Ms. Affsa:

   I write to inform the Court that the parties in the above-referenced action have reached a settlement agreement, in principle, by which the action will be dismissed by stipulation. Currently, the parties are working to reduce their agreement to writing, and will file with the Court a Stipulation of Dismissal as soon as the written settlement agreement is executed.

   Please do not hesitate to call me should you have any questions.

                            Very truly yours,

                            Scott J. Connolly

cc:   Victoria C. Cohen, Esq.