# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

ROBERT SIEURIN,
    Plaintiff,

v.

GLOBALWARE SOLUTIONS, INC.,
    Defendant.

CIVIL ACTION NO:
04-10637-RBC

## *ORDER RE: SETTLEMENT*

COLLINGS, U.S.M.J.

    Counsel have advised that the above-styled case has settled.

    Accordingly, counsel are directed to file the papers necessary to remove this case from the Court's docket **on or before the close of business on Monday, December 20, 2004.**

*/s/ Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

December 14, 2004
Notice to:
Paul J. Murphy, Esquire
Victoria C. Cohen, Esquire
Mark H. Burak, Esquire
Sandra E. Kahn, Esquire
Scott J. Connolly, Esquire