# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

ROBERT SIEURIN,

                      Plaintiff,

v.

GLOBALWARE SOLUTIONS, INC.,

                    Defendant.

Civil Action No. 04-10637-RBC

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties, by their authorized undersigned representatives, hereby stipulate and agree that the above-captioned action shall be, and hereby is, dismissed with prejudice and without costs or attorneys' fees, and waiving all rights of appeal.

Respectfully submitted,

ROBERT SIEURIN

By his attorneys,

*Paul J. Murphy / pjc*
Paul J. Murphy, BBO # 363490
Victoria C. Cohen, BBO # 643686
Menard, Murphy & Walsh LLP
60 State Street, 34th Floor
Boston, MA 02109
(617)832-2500


GLOBALWARE SOLUTIONS, INC.

By its attorneys,

*Scott J. Connolly*
Mark H. Burak, BBO # 558805
Scott J. Connolly, BBO # 651007
Morse, Barnes-Brown &
Pendleton, P.C.
Reservoir Place
1601 Trapelo Road
Waltham, MA 02451
(781) 622-5930
(781) 622-5933 (facsimile)


Dated:  December 20, 2004